UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUAN FELIX MARTE-
CORTORREAL,

      Petitioner,

    v.                        Case No.:  2:26-cv-00712-SPC-NPM

MARKWAYNE MULLIN *et al.*,

      Respondents,

                                         /

## OPINION AND ORDER

Before the Court are Juan Felix Marte-Cortorreal's Motion to Enforce Habeas Corpus Order (Doc. 14) and the government's response (Doc. 16).

Marte-Cortorreal is a noncitizen in immigration detention, and he sought habeas relief from this Court. He claimed the government unlawfully detained him under 8 U.S.C. § 1225(b)(2), which mandates detention, rather than § 1226(a), which authorizes discretionary detention and entitles detainees to a bond hearing. The Court agreed and ordered the respondents to either bring Marte-Cortorreal before an immigration judge for a bond hearing within 10 days or release Marte-Cortorreal from custody.

An immigration court held a bond hearing on April 1, 2026. The immigration judge accepted and considered evidence and argument from Marte-Cortorreal's counsel, determined Marte-Cortorreal is a flight risk, and

denied bond.   Marte-Cortorreal argues the immigration judge failed to meaningfully engage with the evidence and failed to consider less restrictive alternatives to detention and asks the Court to order immediate release.   In response, the government argues Marte-Cortorreal received the bond hearing ordered by the Court, and the proper way to challenge the result is appeal to the Board of Immigration Appeals.   The Court agrees.   Accordingly, Marte-Cortorreal's motion (Doc. 14) is **denied**.

**DONE AND ORDERED** in Fort Myers, Florida on April 14, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record